MARK J. CONNOT (10010)
JOHN M. ORR (14251)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: 702.262.6899
Fax: 702.597.5503
mconnot@foxrothschild.com
jorr@foxrothschild.com

*Attorneys for Defendant Flagship Credit Acceptance LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PAUL CARR, an individual,<br><br>              Plaintiff,<br>v.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC; a Foreign Limited Liability Company; and EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited Liability Company,<br><br>              Defendants. | Case No. 2:21-cv-01967-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT FLAGSHIP CREDIT ACCEPTANCE LLC TO RESPOND TO COMPLAINT**<br>**(First Request)** |

DEFENDANT FLAGSHIP CREDIT ACCEPTANCE LLC ("Flagship") and PLAINTIFF JOHN PAUL CARR ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS on October 26, 2021, Plaintiff filed a Complaint (ECF No. 01), initiating this action;

WHEREAS on November 16, 2021, Flagship executed a Waiver of Service ; and

WHEREAS, the parties agree that the deadline for Flagship to respond to the Complaint should be extended through and including January 10, 2022;

### STIPULATION

NOW, THEREFORE, Plaintiff and Flagship hereby stipulate and agree as follows:

IT IS STIPULATED AND AGREED that Flagship's response to Plaintiff's Complaint (ECF No. 1) is due by no later than January 10, 2022, without prejudice for further extensions of time by agreement of the parties.

Dated: December 23, 2021.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **COGBURN LAW** |
| By: */s/John M. Orr* <br> MARK J. CONNOT <br> Nevada Bar No. 10010 <br> JOHN M. ORR <br> Nevada Bar. No. 14251 <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br> Tel: 702.262.6899 <br> Fax: 702.597.5503 <br> mconnot@foxrothschild.com <br> jorr@foxrothschild.com <br><br> Gerald E. Arth <br> (*pro hac vice* application forthcoming) <br> Steven J. Daroci <br> (*pro hac vice* application forthcoming <br> Fox Rothschild LLP <br> 2000 Market Street, 20th Floor <br> Philadelphia, Pennsylvania 19103 <br><br> *Attorneys for Flagship Credit Acceptance LLC* | By: */s/ Eric W. Fox* <br> JAMIE S. COGBURN <br> Nevada Bar No. 8409 <br> ERIC W. FOX <br> Nevada Bar. No. 8804 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br> Tel: 702.748.7777 <br> Fax: 702.966.3880 <br><br> *Attorneys for Plaintiff John Paul Carr* <br><br> **IT IS SO ORDERED.** <br><br> _____ <br> **U.S. MAGISTRATE JUDGE** <br><br> **Dated:  December 27, 2021** |

/ / /