MARK J. CONNOT (10010)
JOHN M. ORR (14251)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: 702.262.6899
Fax: 702.597.5503
mconnot@foxrothschild.com
jorr@foxrothschild.com

*Attorneys for Defendant Flagship Credit Acceptance LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| PAUL JOHN CARR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC; a Foreign Limited Liability Company; and EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited Liability Company,<br><br>Defendants. | Case No. 2:21-cv-01967-GMN-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT FLAGSHIP CREDIT ACCEPTANCE LLC TO RESPOND TO COMPLAINT** (Second Request) |

DEFENDANT FLAGSHIP CREDIT ACCEPTANCE LLC ("Flagship") and PLAINTIFF

PAUL JOHN CARR ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and

agree as follows:

### RECITALS

WHEREAS on October 26, 2021, Plaintiff filed a Complaint (ECF No. 01), initiating this

action;

WHEREAS on November 16, 2021, Flagship executed a Waiver of Service;

WHEREAS on December 27, 2021, this Court entered the parties' Stipulation and Order to

Extend Deadline for Flagship Credit Acceptance LLC to Respond to Complaint (First Request),

129408237

without prejudice for further extensions of time by agreement of the parties; and

WHEREAS, the parties agree that the deadline for Flagship to respond to the Complaint should be further extended through and including January 24, 2022;

### STIPULATION

NOW, THEREFORE, Plaintiff and Flagship hereby stipulate and agree as follows:

IT IS STIPULATED AND AGREED that Flagship's response to Plaintiff's Complaint (ECF No. 1) is due by no later than January 24, 2022, without prejudice for further extensions of time by agreement of the parties.

Dated this 7th day of January, 2022.

**FOX ROTHSCHILD LLP**
*Attorneys for Defendant*
*Flagship Credit Acceptance LLC*

By: _/s/John M. Orr_
    MARK J. CONNOT
    Nevada Bar No. 10010
    JOHN M. ORR
    Nevada Bar. No. 14251
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    Tel: 702.262.6899
    Fax: 702.597.5503
    mconnot@foxrothschild.com
    jorr@foxrothschild.com

Gerald E. Arth
(*pro hac vice* application forthcoming)
Steven J. Daroci
(*pro hac vice* application forthcoming
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103

**COGBURN LAW**
*Attorneys for Plaintiff*
*Paul John Carr*

By: _/s/ Erik W. Fox_
    JAMIE S. COGBURN
    Nevada Bar No. 8409
    ERIC W. FOX
    Nevada Bar. No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074Tel:
    702.748.7777
    Fax: 702.966.3880

**IT IS SO ORDERED; provided, however, that any future request for an extension must include a specific justification.**

**U.S. MAGISTRATE JUDGE**

**Dated: January 7, 2022**