COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL JOHN CARR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:21-cv-01967-GMN-EJY<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT FLAGSHIP CREDIT ACCEPTANCE LLC ONLY** |

Plaintiff, Paul John Carr ("Plaintiff") and Defendant, Flagship Credit Acceptance LLC, by and through their respective attorneys of record, request that the above-captioned matter be

. . .

. . .

. . .

. . .

. . .

. . .

dismissed with prejudice as to Defendant Flagship Credit Acceptance LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

| | |
|---|---|
| Dated this 28th day of March, 2022. | Dated this 28th day of March, 2022. |
| COGBURN LAW | FOX ROTHSCHILD LLP |
| By: */s/Erik W. Fox* | By: */s/John M. Orr* |
|     Jamie S. Cogburn, Esq.<br>    Nevada Bar No. 8409<br>    Erik W. Fox, Esq.<br>    Nevada Bar No. 8804<br>    2580 St. Rose Parkway, Suite 330<br>    Henderson, Nevada 89074<br>    *Attorneys for Plaintiff* |     Mark J. Connot, Esq.<br>    Nevada Bar No. 10010<br>    John M. Orr, Esq.<br>    Nevada Bar No. 14251<br>    1980 Festival Plaza Drive, Suite 700<br>    Las Vegas, Nevada 89135<br>    *Attorneys for Defendant Flagship Credit*<br>    *Acceptance LLC* |

**IT IS SO ORDERED.**

Dated this __30__ day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT