COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL JOHN CARR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSHIP CREDIT ACCEPTANCE LLC, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number:<br>2:21-cv-01967-GMN-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Paul John Carr ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

| | |
|---|---|
| Dated this 16th day of May, 2022. | Dated this 16th day of May, 2022. |
| COGBURN LAW | CLARK HILL PLLC |
| By: */s/Erik W. Fox* <br>     Jamie S. Cogburn, Esq. <br>     Nevada Bar No. 8409 <br>     Erik W. Fox, Esq. <br>     Nevada Bar No. 8804 <br>     2580 St. Rose Parkway, Suite 330 <br>     Henderson, Nevada 89074 <br>     *Attorneys for Plaintiff* | By: */s/Gia N. Marina* <br>     Gia N. Marina, Esq. <br>     Nevada Bar No. 15276 <br>     3800 Howard Hughes Parkway, Suite 500 <br>     Las Vegas, NV 89169 <br>     *Attorney for Equifax Information Services LLC* |

**IT IS SO ORDERED.** The Clerk of Court shall close this case accordingly.

Dated this   16   day of May, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT